UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY; BOSTON MEDICAL CENTER CORPORATION; BOSTON UNIVERSITY AFFILIATED PHYSICIANS, INC.; and BOSTON UNIVERSITY MEDICAL CENTER RADIOLOGISTS, INC.,<br><br>Defendants. | Civil Action No. 12-11276-RGS<br><br>LEAVE TO FILE GRANTED<br><br>NOVEMBER 30, 2012 |

## DECLARATION OF ANAND K. DEVAIAH IN SUPPORT OF MOTION TO STAY

I, ANAND K. DEVAIAH, MD, FACS, declare and state as follows:

1. I am a physician practicing medicine at Boston Medical Center Corporation ("BMC") since July 2002. My primary appointment is in the Department of Otolaryngology - Head and Neck Surgery, with secondary appointments in the Departments of Neurosurgery and of Ophthalmology. I make this affidavit based on my personal knowledge.

2. In 2006, BMC purchased a BrainLab VectorVision Transfer and Planning Station and image guidance system (collectively known as the "BrainLab Equipment"). I was involved in the purchase of the BrainLab Equipment and have used it in my practice since the purchase. I am the person that uses the BrainLab Equipment the most often at BMC. The BrainLab Equipment is not an imaging system. Moreover, the BrainLab Equipment was never set up to be

used for diffusion tensor imaging (DTI). It follows that the BrainLab Equipment was not used for DTI.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2012.

_____
Anand K. Devaiah

- 3 -

**Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on November 30, 2012.

                                                /s/ *Philip C. Swain*
                                                Philip C. Swain (BBO No. 544632)
                                                FOLEY HOAG LLP
                                                Seaport West
                                                155 Seaport Boulevard
                                                Boston, MA 02210-2600
                                                Tel.: (617) 832-1000
                                                Fax: (617) 832-7000
                                                pswain@foleyhoag.com

Dated: November 30, 2012