UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY, a Massachusetts corporation; BOSTON MEDICAL CENTER CORPORATION, a Massachusetts corporation; BOSTON UNIVERSITY AFFILIATED PHYSICIANS, INC., a Massachusetts corporation; BOSTON UNIVERSITY MEDICAL CENTER RADIOLOGISTS, INC., a Massachusetts corporation,<br><br>     Defendants. | Civil Action No.  1:12-cv-11276-RGS<br><br>Complaint Filed:  July 11, 2012 |

**NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Neurografix, Neurography Institute Medical Associates, Inc., and Image-Based Surgicenter Corporation, by and through their respective counsel, hereby dismiss with prejudice all claims relating to the use of products sold by the General Electric Company.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this _____ day of December, 2012

_____
       Hon. Richard G. Stearns
       United States District Judge

Date:  December 20, 2012　　　　　　　　　Respectfully submitted,

                                                  RUSS AUGUST & KABAT

                                                */s/ Marc A. Fenster*
                                                Marc A. Fenster *(Pro Hac Vice)*
                                                Andrew D. Weiss (*Pro Hac Vice*)
                                                Fredricka Ung *(Pro Hac Vice)*
                                                RUSS AUGUST & KABAT
                                                12424 Wilshire Boulevard, 12th Floor
                                                Los Angeles, CA 90025
                                                310-826-7474
                                                mfenster@raklaw.com
                                                aweiss@raklaw.com
                                                fung@raklaw.com


                                                */s/ David S. Godkin*\_\_\_\_\_
                                                David S. Godkin
                                                BIRNBAUM & GODKIN, LLP
                                                280 Summer Street
                                                Boston, MA 02210
                                                Tele: 617 307-6100
                                                Fax:  617-307-6101
                                                godkin@birnbaumgodkin.com

                                                Attorneys for Plaintiffs Neurography
                                                Institute Medical Associates, Inc.,
                                                Neurografix and Image-Based Surgicenter
                                                Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as unregistered participants on December 20, 2012.

                              /s/ *Marc Fenster*
                              Marc A. Fenster